REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

JAN 28 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | INDICTMENT |
|---|---|---|
| v. | ) ) ) | Cause No. 1:26CR- 5 Violations: 18 U.S.C. § 472 |
| PARISH J. GATES | ) | 18 U.S.C. § 641 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about January 7, 2025, in the Northern District of Indiana,

**PARISH J. GATES**,

defendant herein, with intent to defraud, did pass, utter, publish, and sell to Bank A, a falsely made, forged, and counterfeited obligation of the United States, that is a United States Treasury check, check number 4500-72563908, in the amount of $9,852.53, which he then knew to be falsely made, forged and counterfeited;

All in violation of Title 18, United States Code, Section 472.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about January 7, 2025, in the Northern District of Indiana,

**PARISH J. GATES,**

defendant herein, willfully and knowingly did steal, purloin, and convert to his own use and the use of another, money of the United States, in an amount exceeding $1,000.

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1-2 of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 982(a)(2)(B), and Title 18 United States Code, Section 981(a)(1)(C), and Title 28, United States Code 2461(c).

Upon conviction of the offense in Count 1, the defendant, **PARISH J. GATES**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violations to the offense set forth in Count 1.

Upon conviction of the offense in Count 2, the defendant, **PARISH J. GATES**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code 2461(c), any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violations to the offense set forth in Count Two.

The property to be forfeited includes, but is not limited to, the following: $9,852.53 in United States currency. The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

If any of the property described above, as a result of any act or omission

3

of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*/s/ Foreperson*
Foreperson

ADAM L. MILDRED
UNITED STATES ATTORNEY

*/s/ Dawn R. Ransom*
By: Dawn R. Ransom
Assistant United States Attorney